```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 09170
    KELLY S ABRAMS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-1221


---------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/31/06 and confirmed on 11/08/06.

    2.  The case was dismissed after confirmation, 08/24/2007.

    3.  The Debtor paid a total of $   7400.00 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                         PAID            PAID
---------------------------------------------------------------------
AMERICAS SERVICING CO    CURRENT MORTG         .00            .00             .00
AMERICAS SERVICING CO    MORTGAGE ARRE    15508.65            .00         4716.80
DAIMLER CHRYSLER FINANCI NOTICE ONLY      NOT FILED           .00             .00
INTERNAL REVENUE SERVICE PRIORITY         10968.31            .00             .00
BAKER & HOSTETLER        UNSECURED        NOT FILED           .00             .00
CENTER FOR ADVANCED DENT UNSECURED        NOT FILED           .00             .00
SUNRISE CREDIT SERVICE   UNSECURED        NOT FILED           .00             .00
COLUMBIA GAS OF OHIO     UNSECURED         1060.31            .00             .00
CREDIT RECOVERY INC      UNSECURED        NOT FILED           .00             .00
ELY S ZOFAN              UNSECURED        NOT FILED           .00             .00
ECMC                     UNSECURED        17624.62            .00             .00
FFCC COLUMBUS INC        UNSECURED        NOT FILED           .00             .00
HSBC                     UNSECURED        NOT FILED           .00             .00
OSU VETERINARY HOSPITAL  UNSECURED         1874.28            .00             .00
SHORT TERM LOAN          UNSECURED        NOT FILED           .00             .00
CREDIT PROTECTION ASSOC  UNSECURED        NOT FILED           .00             .00
CAPITAL ONE BANK         UNSECURED         1067.89            .00             .00
ASSET ACCEPTANCE CORP    UNSECURED          545.81            .00             .00
INTERNAL REVENUE SERVICE UNSECURED         1760.65            .00             .00

CREDITOR NAME               CLASS        CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                         PAID            PAID
---------------------------------------------------------------------
     Summary of disbursements:
---------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED       OTHER         TOTAL
TOTAL CLMS ALLOWED  15508.65      10968.31    23933.56          .00      50410.52
PRINCIPAL PAID       4716.80           .00         .00          .00       4716.80
INTEREST PAID            .00           .00         .00          .00            .00
TOTAL PAID           4716.80           .00         .00          .00       4716.80
```

The Debtor's attorney, GREENBERG & ASSOC, was allowed $ 2500.00 and was paid $    86.00  direct and $  2414.00  through the plan.

The Trustee received $   269.20 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/15/07                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE